(February 16, 1971)

A. A. TRUCK RENTING CORP. et al., Respondents, v. IRVING SMULOFSKY et al., Appellants.— In

Rabin, P. J.,
Hopkins, Munder, Martuscello and Latham, JJ., concur.